UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES PIERCEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:05-cv-1873-DFH-WTL |
| v. ) | |
| ) | |
| INTERNATIONAL TRUCK AND ) | |
| ENGINE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT

The court having this day granted defendant's motion to dismiss, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff James Piercefield take nothing by his complaint against defendant International Truck and Engine Corporation, and that this action is DISMISSED WITH PREJUDICE.

Date: August 7, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

-2-

Copies to:

Sylvia Abra Bier
LOCKE REYNOLDS LLP
sbier@locke.com

Julia F. Crowe
LOCKE REYNOLDS LLP
jcrowe@locke.com

Thomas E. Deer
LOCKE REYNOLDS LLP
tdeer@locke.com

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com